# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JAMES LEROY THOMAS, | : | No. 8 MM 2020 |
| Petitioner | : | |
| v. | : | |
| SHAWN D. MEYERS, FRANKLIN COUNTY COURT JUSTICE, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of March, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.